The burden was on appellant to show exemption from prosecution under Art. 484, P.C. See Blackwell v. State, 34 Tex.Cr.R. 476, 31 S.W. 380, and other cases annotated under Article 484, Note 16, Vernon's Ann.P.C.

The trial judge was not bound by appellant's explanation of his purpose in having the pistol in his possession but, sitting without a jury as the trier of the facts, had the right to accept or refuse to accept appellant's testimony as true. See French v. State, 126 Tex.Cr.R. 246, 70 S.W. 2d 1002.

There are no bills of exception in the record, and the evidence sustains the conviction.

The judgment is affirmed.

BELCHER, Commissioner.

The offense is murder; the punishment, ninety-nine years in the penitentiary.

The record is before us without a statement of facts or bills of exception. All the proceedings appear regular, therefore nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

## LEWIS v. STATE.
### No. 26184.

Court of Criminal Appeals of Texas.
Jan. 21, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.